Milton Berlinger and Simon P. Hamelburger, Appellants, v. Dwight

MacDonald, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.